UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT DISTRICT OF MAINE BANGOR RECEIVED & FILED

2026 SEP -9 P 12: 44

UNITED STATES OF AMERICA

v.

KRISTINA KEDYSHEVA

No. 1:26-mj-00281-JCN

## MOTION FOR DETENTION

The United States hereby moves for pretrial detention of the Defendant, Darrell Murphy, pursuant to 18 U.S.C. § 3142, and in support states as follows:

1. **Eligibility of Case.** This case is eligible for a detention order because the case involves:

_____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

__**X**__ Crime of violence

_____ Maximum sentence life imprisonment or death

___ 10+ year drug offense

____ Felony, with two prior convictions in above categories

____ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

_X___ Serious risk defendant will flee

______ Serious risk obstruction of justice

2. **Reasons for Detention:**

   i. Temporary Detention.

_______________________________________________

___________________________

ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure:

_X_ Defendant's appearance as required

___ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because:

___ Probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951 et seq.), or chapter 705 of title 46.

____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. **Date of Detention Hearing.** The United States requests that the detention hearing be held after a continuance of three days.

5. **Length of Detention Hearing.** The United States will require no more than a half hour to present its case for detention.

6. **Other Matters:** The defendant is charged with a crime of violence and a serious air traffic safety offense. The potential penalties are significant. Moreover, she is a foreign citizen with no connections to the district of Maine. Based on these and other facts, the Government submits she is a significant risk of flight.

Date: September 9, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY: ***/s/ Joel B. Casey***

Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME 04401
(207) 945-0373
Joel.casey@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Erick Crocker, Esq. Defendant

ANDREW B. BENSON
United States Attorney

BY: ***/s/ Joel B. Casey***
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME 04401
(207) 945-0373
Joel.caesy@usdoj.gov